■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v IRA E., Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Kings County (Matthews, J.), rendered June 8, 1984, as amended September 28, 1984, convicting him of assault in the first degree, upon a jury verdict, and imposing sentence.

Judgment, as amended, affirmed.

We find no reversible error in the cross-examination of the defendant's expert witness or in the charge as to reasonable doubt, and there is no reason to disturb the sentence. Lazer, J. P., Brown, Weinstein and Niehoff, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH GAY, Appellant.—Appeal by the defendant from a judgment of the Supreme Court, Richmond County (Lentol, J.), rendered December 7, 1977, convicting him of murder in the second degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

Viewing the evidence in the light most favorable to the prosecution, as we are required to do *(see, e.g., People v Malizia,* 62 NY2d 755, 757, *cert denied* 469 US 932), we find that the evidence established the defendant's guilt of the crime of murder in the second degree beyond a reasonable doubt *(see, People v Contes,* 60 NY2d 620).

Furthermore, there is no basis for a modification of the sentence.

Finally, we have examined the defendant's remaining contentions and find them to be without merit. Lazer, J. P., Brown, Weinstein and Niehoff, JJ., concur.